**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **SANDRINA FIELDS**, Administrator of the Estate of Da'Twuan Catchings, Deceased | : | **Case No.: 1:23-CV-01078** |
| Plaintiff, | : | Judge Charles Esque Fleming |
| v. | : | |
| **TERRANCE DUNCAN, et al.** | : | |
| Defendants. | : | |

**PLAINTIFF'S FOURTH UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT**

Plaintiff respectfully moves for an additional 21-day extension of time, through and including May 30, 2025, to serve a response to Defendants' Motion for Summary Judgment (Doc # 109). Counsel have consulted and the Defendants do not oppose this request.

This case has been settled by the parties and the settlement has been approved by the Cuyahoga County Probate Court. It is counsel's understanding that the settlement drafts should be received from Defendants within 5 to 10 days from today's date. Once the drafts are received and cleared, Plaintiff will file a dismissal of this matter.

1

Respectfully submitted:

/s/ Stanley Jackson
Michael L. Wright, #0067698
Stanley Jackson, #0077011
Robert L. Gresham, #0082151
THE COCHRAN FIRM - CLEVELAND
2000 Auburn Drive, Suite 200
Beachwood, Ohio 44122
(216) 333-3333
(513) 381-7922        FAX
mwright@yourohiolegalhelp.com
rgresham@yourohiolegalhelp.com
sjackson@cochranohio.com

Samuel L. Starks, GA #676515
Cochran Firm Atlanta
100 Peachtree Street NW, Suite 2600
Atlanta, Georgia 30303
(404) 222-9922
(404) 222-0170
sstarks@cochranfirmatl.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed electronically May 9, 2025. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Stanley Jackson
Michael L. Wright, #0067698
Stanley Jackson, #0077011
Robert L. Gresham, #0082151

Samuel L. Starks, GA #676515