UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| SANDRINA FIELDS, Administrator of the Estate of Da'Twuan Catchings, deceased, | ) CASE NO.:  1:23-CV-01078 ) ) ) JUDGE:  CHARLES E. FLEMING |
| Plaintiff, | ) ) **STIPULATION AND ORDER OF** ) **DISMISSAL WITH PREJUDICE** |
| vs. | ) ) |
| TERRANCE DUNCAN, et al., | ) ) |
| Defendants | |

We, the attorneys for the respective parties do hereby stipulate that the above-captioned matter be hereby dismissed with prejudice as to Defendant Officer Terrance Duncan at Defendants' costs, and that the Court may enter an order accordingly, notice by the Clerk being hereby waived.

IT IS SO ORDERED:

JUDGE CHARLES E. FLEMING

| | |
|---|---|
| *s/Stanley Jackson (via consent (5/16/2025)* | *s/James A. Climer* |
| MICHAEL L. WRIGHT (0067698) | JAMES A. CLIMER (0001532) |
| STANLEY JACKSON (0077011) | JOHN T. MCLANDRICH (0021494) |
| ROBERT L. GRESHAM (0082151) | JOHN D. PINZONE (0075279) |
| The Cochran Firm – Cleveland | ZACHARY W. ANDERSON (0095921) |
| 2000 Auburn Drive, Suite 200 | Mazanec, Raskin and Ryder Co., L.P.A. |
| Beachwood, OH  44122 | 100 Franklin's Row |
| (216) 333-3333 | 34305 Solon Road |
| (513) 381-7922 - Fax | Cleveland, OH  44139 |
| Email:  mwright@youohiolegalhelp.com | (440) 248-7906 |
| rgresham@yourohiolegalhelp.com | (440) 248-8861 – Fax |
| sjackson@cochranohio.com | Email: jclimer@mrrlaw.com |
| | jmclandrich@mrrlaw.com |
| | jpinzone@mrrlaw.com |
| SAMUEL L. STARKS, GA (676515) | zanderson@mrrlaw.com |
| Cochran Firm – Atlanta | |
| 100 Peachtree Street, NW, Suite 2600 | |
| Atlanta, GA  30303 | |
| (404) 222-922 | Thomas J. Sotos (6327630) |
| (404) 222-0170 | Jeffrey R. Kivetz (6308250) |
| Email:  sstarks@cochranfirmatl.com | The Sotos Law Firm, P.C. |
| | 141 W. Jackson Blvd., #1240A |
| Counsel for Plaintiffs | Chicago, IL 60604 |
| | (630)-735-3300 |
| | tsotos@jsotoslaw.com |
| | jkivetz@jsotoslaw.com |
| | |
| | *Counsel for Defendants Terrance Duncan and City of Maple Heights* |

2